<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2099**

———————

JOSH BILLINGS,

                              Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Henry C. Morgan, Jr., District Judge.  (CA-98-97-4)

———————

Submitted:  January 20, 2000          Decided:  January 28, 2000

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Josh Billings, Appellant Pro Se.  James Walter Hopper, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Josh Billings appeals the district court's order denying relief in his action challenging Virginia's election laws. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Billings' motion to proceed in forma pauperis and affirm on the reasoning of the district court. See Billings v. Virginia, No. CA-98-97-4 (E.D. Va. July 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2